IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRYAN DUBOSE, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-cv-123-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2024, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 30th day of August, 2024.

.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk